1  David P. Matthews
   TX No. 13206200
2  Jason C. Webster
   TX No. 24033318
3  **MATTHEWS & ASSOCIATES**
   2905 Sackett St.
4  Houston, TX 77098
   (713) 522-5250
5  (713) 535-7184 facsimile
   Attorneys for Plaintiffs
6

7

8             UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10

11
                                          )  **Case No. 05-5382 CRB**
12  IN RE: BEXTRA AND CELEBREX           )
    MARKETING SALES PRACTICES AND        )  **MDL NO. 1699**
13  PRODUCT LIABILITY LITIGATION         )  **District Judge: Charles R. Breyer**
                                         )
14  ─────────────────────────────────    )
                                         )
15  Mary Hooper, Individually and on behalf of )
    Sammie Hooper,                       )  **STIPULATION AND ORDER OF**
16                                       )  **DISMISSAL WITH PREJUDICE**
                    Plaintiffs,          )
17                                       )
              vs.                        )
18                                       )
    Pfizer Inc., et al.                  )
19                                       )
                    Defendants.          )
20  ─────────────────────────────────

21       Come now the Plaintiff, Mary Hooper, Individually and on behalf of Sammie Hooper,

22  and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

23  Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to

24  the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

25

26

27

28

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

| | | |
|---|---|---|
| 1 | DATED: Jan. 12, 2010 | MATTHEWS & ASSOCIATES |
| 2 | | |
| 3 | | By: _____<br>David P. Matthews |
| 4 | | *Attorneys for Plaintiffs* |
| 5 | DATED: Jan. 12, 2010 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: _____<br>Michelle W. Sadowsky |
| 8 | | *Attorneys for Defendants* |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 1 7 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**